18TH STREET REALTY CORPORATION, Appellant, v. MAXTHAN REALTY Co.,

Inc., Respondent. ▮— Motion for leave to appeal to the Court of Appeals granted. There is a question of law involved which should be reviewed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.